ROBERT PALUMBO v. WESTERN ELECTRIC COMPANY.

April 19, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. HOWARD STROGER.

April 20, 1983.

Certification to the Superior Court, Law Division, is granted.

ORGO FARMS & GREENHOUSES, INC. v. TOWNSHIP OF
COLTS NECK AND MONMOUTH CONSOLIDATED
WATER COMPANY.

April 29, 1983.

Certification is granted, and the judgment of the Appellate Division, affirming the trial court's invalidation of the zoning ordinance of Colts Neck and requiring the passage of a new zoning ordinance, is reversed; and it is further ORDERED that the cross-petition for certification is denied; and it is further ORDERED that the entire matter is remanded to the trial court for further proceedings on all issues in accordance with *Southern Burlington N.A.A.C.P. v. Mount Laurel,* 92 *N.J.* 158 (1983).